IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: GALLERIA WEST LOOP INVESTMENTS, LLC | § § § | |
| BDFI LLC, | § § | |
| *Appellant* | § § | |
| v. | § § | CASE NO. 4:25-CV-03156 |
| VB ACQUISITION SUB NO. 3, LLC AND VERITEX COMMUNITY BANK, | § § § | |
| *Appellees*. | § § | |

## <u>NOTICE OF APPEAL</u>

Plaintiff BDFI LLC, by and through its undersigned counsel, hereby gives notice of its appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment signed May 15, 2026.

Respectfully submitted,

Dated: June 12, 2026

<u>/s/ Michael Sankey</u>
Michael Sankey
Texas State Bar No. 24097156
Michael Sankey, PLLC
1725 Hughes Landing Blvd., 11th Floor
P.O. Box 9281
The Woodlands, Texas 77387
Telephone: (832) 885-9030
Email: michael@texesquire.com
**Attorney for Appellant BFDI, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing Notice of Appeal was served on all parties via the Court's CM/ECF system.

<u>/s/ Michael Sankey</u>
Michael Sankey